IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.

LASCELLES NATHAIL FORD JR.

SEALED
INDICTMENT

1:20CR11 AW/GRJ

THE GRAND JURY CHARGES:

## COUNT ONE

On or about April 1, 2020, in the Northern District of Florida, the defendant,

**LASCELLES NATHAIL FORD JR.,**

did knowingly and intentionally possess with intent to distribute a controlled substance, and this offense involved a quantity of cocaine and a quantity of cocaine base, commonly known as "crack" cocaine.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT TWO

On or about April 1, 2020, in the Northern District of Florida, the defendant,

**LASCELLES NATHAIL FORD JR.,**

in furtherance of a drug trafficking crime for which he may be prosecuted in a

FILED IN OPEN COURT

Initials   6/24/2020
           Date

court of the United States, that is, possession with intent to distribute a controlled substance, as charged in Count One of this Indictment, did knowingly possess a firearm, namely, a Glock .40 caliber pistol.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT THREE

On or about April 1, 2020, in the Northern District of Florida, the defendant,

**LASCELLES NATHAIL FORD JR.,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm in and affecting interstate and foreign commerce, that is:

1.  a.  On or about August 5, 2015, **LASCELLES NATHAIL FORD JR.** was convicted in the State of Florida of Credit Card Fraud: Unauthorized Use.

2. For this crime, **LASCELLES NATHAIL FORD JR.** was subject to punishment by a term of imprisonment exceeding one year.

3. Thereafter, **LASCELLES NATHAIL FORD JR.** did knowingly possess a firearm, to wit, a Glock .40 caliber pistol.

4. This firearm had previously been transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## CONTROLLED SUBSTANCE FORFEITURE

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of Title 21, United States Code, Section 853.

From his engagement in the violation charged in Count One of this Indictment, punishable by imprisonment for more than one year, the defendant,

**LASCELLES NATHAIL FORD JR.,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, all of his interest in:

    A.    Property constituting and derived from any proceeds the defendant obtained, directly or indirectly, as the result of such violation.

    B.    Property used and intended to be used in any manner or part to commit and to facilitate the commission of such violation.

If any of the property described above as being subject to forfeiture, as a result of acts or omissions of the defendant:

        i.    cannot be located upon the exercise of due diligence;

        ii.    has been transferred, sold to, or deposited with a third party;

   iii. has been placed beyond the jurisdiction of this Court;

   iv. has been substantially diminished in value; or

   v. has been commingled with other property that cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant, up to the value of the above forfeitable property.

## FIREARM FORFEITURE

The allegations contained in Counts Two and Three of this Indictment are hereby realleged and incorporated by reference. Because the defendant,

**LASCELLES NATHAIL FORD JR.,**

knowingly committed the violations set forth in Counts Two and Three of this Indictment, any and all interest that the defendant has in the firearm involved in these violations is vested in the United States and

hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924(d)(1).

A TRUE BILL:

████████████████████

_____6/24/20_____
DATE

_____
LAWRENCE KEEFE
United States Attorney

_____
CHRISTOPHER M. ELSEY
Assistant United States Attorney