# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 1:20cr11-AW

**LASCELLES NATHAIL FORD JR.**

_____/

## STATEMENT OF FACTS

THE UNITED STATES OF AMERICA, by and through the undersigned Assistant United States Attorney, provides this factual basis for the acceptance of the guilty plea of Defendant Lascelles Nathail Ford Jr. This Statement of Facts does not contain each and every fact relating to the commission of the offenses charged in the indictment in the captioned case, but is a recitation of those facts necessary to provide a factual basis for Defendant's plea. Should this case proceed to trial, the government is prepared to present evidence as follows:

On April 1, 2020, officers from the Alachua Police Department (APD) were monitoring an active "pole camera" (or CCTV) as well as conducting physical surveillance of two residences in the area of NW 134th Terrace and NW 151st Place in Alachua, within the Northern District of Florida. APD suspected that individuals were utilizing these two residence to distribute narcotics. During the officers' surveillance efforts that day, the observed Defendant and several other individuals standing in front of the residences being surveilled, out near the roadway. Officers

at various times observed Defendant engage in hand to hand transactions with customers and, at one point, observed Defendant actually placing cocaine base into a pipe and lighting it for a customer. During their observation of Defendant that day, officers noted that Defendant was wearing a blue bag around his torso. At approximately 1420 hours, officers observed Defendant place the blue bag onto the trunk of a vehicle that was parked in front of the residences. Officers were then able to observe (and the CCTV footage captured) Defendant manipulating the slide of a semi-automatic pistol near the top of the bag, before putting the bag back around his torso.

These officers were familiar with Defendant and the fact that he is a convicted felon. At approximately 1447 hours, officers converged on the area to take Defendant into custody for being a felon in possession of a firearm. As the officers pulled up to the residences, Defendant fled on foot, ignoring commands from law enforcement to stop. The Defendant ultimately ran into the residence located at 15203 NW 134th Terrace. Defendant shut the door behind him, and moments later one of the residents ("R. F."), exited the door of the residence and was detained. Other individuals who were standing on the front porch of the residence were also detained. Defendant exited the residence shortly thereafter, but at that point he was no longer wearing the blue bag around his torso. Defendant was detained by officers

on scene. Two additional adult individuals were seen in the house (another male and the female resident with small children), and they were called out of the residence and detained. The officers then conducted a protective sweep of the residence to ensure that nobody else was inside the residence with the ability to destroy or tamper with evidence. During the protective sweep, officers observed Defendant's blue bag laying on the floor in the laundry room. While this protective sweep was being carried out, another officer conducted a search of Defendant's person and recovered one (1) live round of .40 caliber ammunition from Defendant's pocket.

The officers locked the residence down and applied for and obtained a State search warrant for the residence, after which officers executed the search warrant and searched the residence. During the search, officers located Defendant's blue bag on the laundry room floor. A subsequent search of that bag revealed a Glock model 23, .40 caliber pistol. The pistol contained an extended magazine (designed to hold 20 rounds of ammunition) loaded with eight (8) live rounds of .40 caliber ammunition. There was one (1) additional live .40 caliber round of ammunition in the bottom of the bag. It was later determined that the pistol had been reported stolen in 2014. The .40 caliber ammunition recovered from both the gun's magazine and from within the blue bag are of the same manufacturer as the .40 caliber round recovered from Defendant's pocket. Based upon the circumstances observed by

officers prior to discovery of the pistol, Defendant possessed this firearm for protection while he was actively engaging in street-level drug sales, thus the firearm was possessed in furtherance of his drug trafficking activities.

Also located within Defendant's bag was a pill bottle. Defendant had been observed retrieving drugs from this pill bottle for sale during earlier surveillance. Inside the pill bottle, officers located six (6) pieces of cocaine base (weighing approximately 1 gram) and two (2) small baggies of powder cocaine (weighing a total of approximately 2.2 grams). Defendant possessed these controlled substances with the intent to distribute them, as he had done while being surveilled by law enforcement that day. These substances were later sent to the Florida Department of Law Enforcement's laboratory in Jacksonville, Florida and confirmed to be cocaine base and cocaine.

Officers spoke with "R. F." and the female resident ("J. B.") while on scene. Both confirmed that Defendant had come running into their house unannounced and that he ran into the laundry room. The laundry room is where the blue bag was recovered.

The Glock pistol, extended magazine, .40 caliber ammunition, and pill bottle were all sent to the Florida Department of Law Enforcement's laboratory in

Jacksonville, Florida to be processed for possible latent fingerprints. No latent fingerprints of value were recovered from these items.

Special Agent (SA) Justin Mace, of the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), examined the firearm and ammunition for the purpose of determining whether they moved in interstate and/or foreign commerce. The Glock .40 caliber firearm was manufactured in Austria. The .40 caliber ammunition was manufactured by Federal in Anoka, Minnesota. As these items were manufactured outside the State of Florida and then subsequently recovered within the State of Florida, they are deemed to have travelled in or affected interstate and foreign commerce.

Prior to April 1, 2020, Defendant had been convicted of the following felony in the State of Florida:

- Credit Card Fraud: Unauthorized Use on August 5, 2015

This felony was punishable by a term of imprisonment exceeding one year. Defendant had knowledge that he had been convicted of this crime and that it was punishable by a term of imprisonment exceeding one year at the time of his firearm possession on April 1, 2020. In fact, Defendant was sentenced to more than one year incarceration with the Florida Department of Corrections for that conviction.

SA Mace has also confirmed with the State of Florida that Defendant has never had his right to possess or own firearms restored.

## ELEMENTS OF THE OFFENSE - COUNT ONE

1) The defendant knowingly possessed cocaine base and cocaine; and

2) The defendant intended to distribute the cocaine base and cocaine.

## ELEMENTS OF THE OFFENSE - COUNT TWO

1) The defendant committed the drug trafficking crime charged in Count One of the indictment; and

2) The defendant knowingly possessed the firearm in furtherance of that crime, as charged in the indictment.

## ELEMENTS OF THE OFFENSE - COUNT THREE

1) The Defendant knowingly possessed a firearm in or affecting interstate and foreign commerce;

2) At the time of the charged act, the defendant had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year; and

3) At the time of the charged act, the defendant knew that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year.

LAWRENCE KEEFE
United States Attorney

_____
THOMAS EDWARDS
Attorney for Defendant

_____
CHRISTOPHER M. ELSEY
Florida Bar No. 0062475
Assistant U.S. Attorney
Northern District of Florida
401 SE First Ave, Suite 211
Gainesville, FL 32601
352-378-7365
Christopher.Elsey@usdoj.gov

1/5/2021
Date

_____
LASCELLES NATHAIL FORD JR.
Defendant

1/5/2021
Date

1/5/2021
Date